BEFORE THE FIRST DIVISION, OCTOBER 15, 1963

**No. 68035.**—Robert E. Landweer & Co., Inc., and Seattle Marine & Fishing Supply Co. *v.* United States, protests 62/3252 and 62/3257 (Seattle).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the articles, described on the invoices as "Vinycon Plastic Float" or "Vinycon Floats," are similar in all material respects to the merchandise the subject of *Robert E. Landweer & Co.* and *Seattle Marine & Fishing Supply Co.* v. *United States* (47 Cust. Ct. 35, C.D. 2276), the claim of the plaintiffs was sustained.

**No. 68036.**—Manca, Inc. *v.* United States, protests 60/8782 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described on the invoice as "Electromagnetic arc lamp for Microprojection," consists of a carbon arc lamp, wholly or in chief value of iron or steel, which is, in fact, only an accessory for use with optical instruments and not a part thereof, the claim of the plaintiff was sustained.

**No. 68037.**—Manca, Inc. *v.* United States, protest 62/17680 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles, described on the invoice as "Monla lamps," are lamps provided with a special stand of their own; that they can be used not only as light source for microscopes, but also as light source for a great many other devices; and that they have no special fittings for the purpose of attaching them to a microscope, the claim of the plaintiff was sustained.